IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-00156-GCM

| | |
|---|---|
| MAACO FRANCHISING, INC, | ) |
| **Plaintiffs,** | ) |
| v. | ) **ORDER** |
| DAVID L. LELM | ) |
| KALOKO AUTO BODY, INC, | ) |
| **Defendants.** | ) |

**THIS MATTER** is before the Court upon its own motion. On September 3, 20015, the Court issued an Order directing the Plaintiff to show cause why this matter should not be dismissed for failure to prosecute. Plaintiff was direct to file a response within 14 days. Plaintiff failed to respond. The case will therefore be dismissed, pursuant to Fed. R. Civ. P. 41(b).

**IT IS THEREFORE ORDERED** that this case is hereby **DISMISSED.**

Signed: October 19, 2015

Graham C. Mullen
United States District Judge