# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Maaco Franchising, Inc, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:13-cv-00156-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| David L. Lelm | ) | |
| Kaloko Auto Body, Inc, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 19, 2015 Order.

Signed: October 19, 2015

Frank G. Johns, Clerk
United States District Court